# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155457(58)

ALLAN ROOKS,
          Plaintiff,

v

ANDOVER HEIGHTS CONDOMINIUM
ASSOCIATION,
          Defendant/Third-Party Plaintiff-
          Appellant,

v

JOHNNIES CONCRETE REPLACEMENT, INC.,
          Third-Party Defendant-Appellee.
_____/

SC: 155457
COA: 328561
Macomb CC: 13-001697-NO

On order of the Chief Justice, the motion of third-party defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 10, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2017



Clerk